Property of Stephen Bevans.

1. Stephen Bevans, sworn, free Negro. Proves the loss of the property, and value, and that the goods are in the possession of the constable.

Whittington Clifton, constable, sworn. Defendant confessed he took the goods from the vessel *Beccalellen,* broke open cabin doors; goods are in my possession.

Submitted without argument or charge. Verdict, guilty.

Judgment, restitution [$]7.40. Twenty-one lashes. Sold for seven years to highest and best bidder, and committed.

## STATE v. JOHN WOODLIN, free Mulatto.

Court of Quarter Sessions. November, 1829.

*Stout's Notes.*

| | | | |
|---|---|---|---|
| 2 ganders | value | .33 each | [$]0.66 |
| 1 goose | value | | .33 |
| | | | $0.99 |
| | | fourfold value | 4 |
| | | | [$]3.96 |

Property [of] George Culver.

1. George Culver, sworn. I lost the geese out of my pasture on November 7, 1829. I don't know they were mine. I did not see them. They were not marked. I lost two ganders and one goose, worth 33¢ each. I live in Little Creek Hundred.

2. John Henry, sworn. Found the geese in a bag hid in a fodder stack, the geese were picked and cleaned. Woodlin was present, denied the bag was his, it was about 200 yards from Woodlin's house.

3. Winder Kinney, sworn. I saw the bag the geese were in; it belonged to John Woodlin.

1. Joshua Kinney, witness for defendant, sworn. Woodlin has for a few years sustained an ill character.

2.   Samuel Kinney, sworn.   Has been lately accused in the neighborhood of some little faults.   His general character is not as good as it has been.

4.   James C. Lynch, witness for State, sworn.   Woodlin's character for honesty is not good.

Submitted without argument or charge.   Verdict, guilty.

Judgment, fourfold value—[$]3.96.   Whipped twenty-one lashes.   Sold in this state seven years.   Pay costs, and committed,

## STATE v. ELISHA CAREY.

Court of Quarter Sessions.   Sussex.   November 16, 1829.

*Stout's Notes.*

*Rogers* [for State].   *E. D. Cullen* [for defendant].

1.   Peter Marsh, Negro, sworn.   Elisha Carey struck me with his whip on my jaw and much disabled me.   I suffered much in ears.   White people were present and saw it.

2.   Dr. Robert Burton, sworn.   Last August was a year, Elisha Carey threw a brick at Peter Marsh and struck him in the breast, and then threw another brick and struck Peter Marsh in the head, and knocked him down.   Carey said to Marsh, I told you if you ever told me of that I would knock him down.   I did not see the beginning of the affray.

3.   Joseph Robbins, sworn.   I was a hundred yards from the parties, the first act of violence I saw.   Carey threw a brick at Marsh, and then Carey threw a second brick at Marsh.   I saw Marsh step back and pick up something, before the first brick was thrown, I was too distant to hear the quarrel.

4.   Levi Russel, sworn.   I saw Carey throw a brick at Marsh, then he threw a second brick and knocked Marsh down, and wounded him in the head.   Marsh picked up something like a stick, after Carey threw the first brick.   I am certain the first brick was thrown before Marsh picked up the stick.

5.   James S. Dutton, witness for defendant, sworn.   Carey struck Marsh with a whip.   Then Marsh picked up a cart-rail,